

## Dynamic Technical Consultants, Inc.
### 3200 Glen Royal Road - Suite 102
### Raleigh, NC 27617

*PREPARED FOR:*
*Young, Clement & Rivers*
*Post Office Box 993*
*Charleston, SC 29402-0993*
*Attention: Duke Highfield*

*Limehouse & Sons, Inc v Manitowoc & Grove Worldwide, LLC*
*2:06-CV-1754*
*Date of Loss: 6.12.2004*

*prepared by:*

*David C. McCandless, M.S.M.E., P.E.*

*DYNAMIC TECHNICAL CONSULTANTS, INC*
*3200-102 Glen Royal Road*
*Raleigh, NC 27617*

*November 26, 2007*

**EXHIBIT A**

Technical and Engineering Failure Analysis - Motor Vehicle Accident Reconstruction - Fire Origin & Cause
www.dtc-inc.com



## I.    *Introduction*

At the request of Duke Highfield of Young, Clement & Rivers, personnel of Dynamic Technical Consultants, Inc. [DTC] have conducted an investigation regarding a fire that occurred on June 12, 2004 involving a Grove GMK series crane owned and operated by Limehouse & Sons, Inc. This report represents the current findings and conclusions of the continuing investigation.

## II.    *Scope*

As of this writing, the DTC investigation has included the following:

- Examination and documentation of the incident vehicle

- Initial examination and removal of hydraulic system components from the subject vehicle

- Review of the deposition testimony of Earl Droze and James Limehouse

- Discussions with Mr. Droze regarding his observations of the fire

- Review of hydraulic schematics of the subject machine [copies were not retained by DTC, Inc personnel]

- Review of the following documents: Amended Complaint; Answer to Amended Complaint; Amended Consent; Amended Scheduling Order; Plaintiff's responses to first set of interrogatories and requests for production; documents produced by Manitowoc bates stamped 1-50; records produced by Limehouse bates stamped 1-51; documents produced by Fireman's Fund bates stamped FFIC 1-640; documents produced by IMR bates stamped IMR 1-45; and documents produced by Carolina



Precision bates stamped 1-80.

- Review of the written report of Bill Johnson of Core Engineering
- Review of the written report of Paul Eason of E4 Consulting

## III.  Qualifications

See attached listings

## IV.  Compensation

David C McCandless, MSME, PE                    $170/hr

## V.  Prior Testimony

See attached listings

## VI.  Discussion

The subject machine was examined and documented on July 7, 2004 and on July 12, 2004 at Southeastern Crane in Ladson, SC. During the July 7, 2004 examination representatives of Limehouse & Sons were present. This initial examination was non-destructive and did not involve the movement or alteration of the physical evidence. The July 12, 2004 examination was conducted in conjunction with representatives of Limehouse & Sons [James Limehouse], Southeastern Crane [Ray Spires], Manitowoc Crane [Ray Pope] and Core Engineering [Bill Johnson].

The incident vehicle was identified as follows:

VIN: W0916058OXWG12224



Model: GMK 5160 - 1999

The crane was a five axle chassis outfitted with a 175 ton crane assembly. The chassis powerplant was a Cummins 525 turbo charged diesel engine. The engine was physically located both beneath and to the rear of the operator's cab. The chassis DC electrical system was powered via batteries located on the left [driver's] side of the unit. The cooling assemblies, which included heat exchangers for engine air and coolant were located to the rear of the cab on the passenger side of the unit. The intake air filter systems were located to the rear of the cab on the driver's side of the vehicle. The engine exhaust exited the engine block on the right [passenger] side of the vehicle, was routed from right-to-left at the rear of the engine, and exited via an exhaust stack on the left [driver] side of the vehicle. The hydraulic reservoir was located approximately 48 inches rear of the cab near the center of the chassis, slightly offset towards the left side.

Overall examination of the vehicle revealed fire damage primarily near the rear of the cab within the areas immediately surrounding the engine. Fire damage was notably more severe on the right [passenger] side of the engine as compared to the left side. Fire damage was confined to the primary vehicle chassis and did not appear to involve any components of the 175 Ton crane lifting apparatus.

Systematic examination of the vehicle and its systems indicated that the origin area of the fire was inclusive of much of the engine compartment, as well as areas near the rear of the engine behind the cab. Electrical items within the origin area of the fire were examined for defects or deficiencies that pre-existed the fire. Examination of the vehicle electrical systems revealed damage consistent with fire exposure, and not fire causation.



Examination of the hydraulic systems at the rear of the engine revealed a hose failure having occurred at a hydraulic manifold schematically labeled in Grove documents as '8Y1'. The failed hose connection was used to supply the hydraulic cooling fan motors. The remainder of the hoses on the '8Y1' manifold were visually intact and connected to the appropriate circuits on the vehicle. The circuit containing the failed connection would have been pressurized under normal vehicle operation.

The vehicle operator [Earl Droze] indicated the following sequence of events:

- He had completed a job in Columbia, SC and was returning to the Charleston area
- He had not recently experienced any notable problems with the crane
- He initially heard 'something', that he described as a 'whoosh' sound
- Shortly there after he noticed heat and flames above the cab
- He exited the cab with the engine still running.
- He climbed onto the rear deck, noted fire 'everywhere' at the rear of the cab and tried to extinguish the fire using portable fire extinguishers.
- The engine shut off as he was on the rear deck
- He was not able to completely extinguish the fire with the portable fire extinguishers

Based upon examination and documentation of the vehicle and the review of information and documents regarding the subject loss, the origin area of the fire included the engine compartment of the vehicle chassis as well as the area to the rear of the engine behind the operator's cab. The fire occurred due to the separation of the hydraulic hose assembly used to power the cooling fans at the rear of the cab, which released pressurized



Page 5
Limehouse v Grove

hydraulic fluid into the engine compartment. This fluid subsequently ignited on an elevated temperature surface within the engine compartment.

As of this writing, DTC, Inc. personnel have not participated in a laboratory examination or destructive analysis of the failed hydraulic connection. It is the understanding that no destructive analysis, beyond that mentioned in the E4 report, has been conducted. The data reviewed by DTC, Inc. in this case, which includes the entire data set of both the E4 and Core Engineering reports, does not indicate the crimp specifications of the subject fitting. Without specific data regarding the design specifications of the crimp, specific conclusions regarding the causation of the hose failure are not accurate nor reliable.



## Conclusions:

Conclusions are based upon the analysis and information obtained and developed throughout the investigation and represent the currents opinions of Dynamic Technical Consultants, Inc.

1. The origin area of the fire included the right side of the engine compartment as well as the area above the engine at the rear of the cab.

2. The '8Y1' hydraulic manifold was located at the rear of the cab near the hydraulic reservoir. The hose connection that supplied the cooling fans separated at the manifold, allowing a release of pressurized hydraulic fluid into the engine compartment area, which subsequently ignited.

3. Specific analysis of the separated connection will require knowledge of the crimp specifications and geometry for the subject components. Without information regarding the crimp specifications and construction, detailed opinions regarding the cause of the separation are not accurate nor reliable.

Respectfully submitted,

Dynamic Technical Consultants, Inc.

*[signature]*

*[seal: NORTH CAROLINA PROFESSIONAL SEAL 23518 DAVID C. McCANDLESS ENGINEER]*

David C. McCandless, M.S.M.E., P.E.



Photographs, Limehouse v. Grove, et al.



Overall view of subject crane



Overall view of left side of engine



Chassis batteries



Cooling Assembly

Hydraulic Reservoir

Overall view of rear of cab



View at rear of cab; Hydraulic reservoir is on the left; Cooling assembly is on the right



Overhead view at rear of cab



Overhead view at rear of cab



View of separated fitting



Underside of cab/engine compartment



Views of separated hose connection



View of separated connector



**Dynamic Technical Consultants, Inc.**
3200 Glen Royal Road - Suite 102
Raleigh, NC 27617
(919) 785 9775

IRS#: 20-4080484

## Fee Schedule - 3.1.2006

Expenses
| | |
|---|---|
| Mileage: | 0.45/mi |
| Photo CD | 25.00 |
| DVD/VHS | 15.00 |
| Color Copies | 1.00/page |
| 35mm Prints | 0.75/ea |
| Travel [hotel, etc]: | Billed at cost |
| Report | 40.00 |
| Evidence Storage | Variable |

## Professional Services

| | |
|---|---|
| David C. McCandless, M.S.M.E., P.E. | $160/hr |
| David C. McCandless, M.S.M.E., P.E. – minimum deposition fee | $500.00 |
| Engineering Technician | $100.00/hr |
| Staff Assistant | $70.00/hr |

# DAVID CECIL McCANDLESS, M.S.M.E., P.E.
Dynamic Technical Consultants, Inc.
3200-102 Glen Royal Road
Raleigh, NC 27617
(919) 785-9775

## EDUCATION
**North Carolina State University**                                    **Raleigh, NC**
    <u>Bachelor of Science</u>:  Degree in Mechanical Engineering
    May 1993
    Magna Cum Laude

**North Carolina State University**                                    Raleigh,  NC
    <u>Master of Science</u>:  Degree in Mechanical Engineering,
    Interdisciplinary Minor in Mathematics and Materials Science
    May 1997

## EXPERIENCE
**Dynamic Technical Consultants, Incorporated**                       Raleigh, NC
Principal Engineer:  March 2006 to present

    Perform technical and engineering analyses regarding product failures, industrial accidents,
    fire origin and cause investigations, and motor vehicle collisions; Prepare written reports
    regarding findings and conclusions; provide deposition and trial testimony;

**Accident Reconstruction Analysis, Inc.**                            Raleigh, NC
Staff Engineer:  January 1994 to February 2006

    Conduct  investigations  and  prepare  reports  regarding  the  engineering  analysis  and
    technical failure analysis of mechanical and electro-mechanical components;

    Perform motor vehicle accident reconstruction investigations
    **Investigational scope includes:**
    - Product/component failures
    - Industrial accidents
    - Fatigue/mechanical testing of components
    - Heavy vehicle accident reconstruction
    - Headlamp filament analysis
    - Fire investigations (cause and origin)
    - Stress analysis of mechanical components
    - Testing of products for standard compliance
    Qualified in court as an expert in engineering and accident reconstruction

**Accident Reconstruction Analysis, Inc.**                            Raleigh, NC
Assistant Engineer:  May 1991 to January 1994

    Assist in investigation and reconstruction of accidents; Design and fabricate test fixtures for
    experimental analysis; Prepare cases and exhibits for Federal, State and Local court trials.

Page 2

*SOCIETIES AND HONORS*

ASME - American Society of Mechanical Engineers

SAE - Society of Automotive Engineers; Membership on the following technical committees: Accident Reconstruction Readers Committee; Brakes; Human Factors; Occupant Protection; Passenger Vehicle Maintenance; SAE Reviewer Pool; Safety; Tires; Member of the Tire and Wheel Review Board

NAPARS - National Association of Professional Accident Reconstruction Specialists

NAFI - National Association of Fire Investigators

NFPA - National Fire Protection Association

Tau Beta Pi Honor Society

*CERTIFICATION*

Professional Engineer - NC 23518, VA  , SC 22727

Certified Fire and Explosion Investigator [CFEI]

**Deposition List - David C. McCandless, M.S.M.E., P.E**

Page 1



| Date | Case Name | Venue | Caption |
|------|-----------|-------|---------|
| Mar-00 | Zarek v Stine, Carts & Parts, Inc. | Cumberland Co, NC | 99 CVS 48478 |
| May-00 | Heister v Apex Homes | Wake Co, NC | 97 CVS 09923 |
| Jun-00 | Mary Cherry v Satterthwaite & Land O Sun Dairies | Washington Co, NC | 98 CVS 231 |
| Jan-01 | Griffin and Bledsoe v Simplicity Service & Controls, Inc., John and Eddie Griffin | Cumberland Co, NC | 00 CVS 245 |
| Mar-01 | Estate of Wainwright v Donna Hodges | Pitt Co, NC | 00 CVS 3549 |
| Aug-01 | Estate of Robert Varner v Overland Transport., et. Al | City of Roanoke, VA | 770 CL 00000448-00 |
| Aug-01 | Gardner Investments Corp v Joe Hawkins Electrical Service | Carteret Co, NC | 99 CVS 1053 |
| Nov-01 | Brooks v Jugger | New Hanover Co, NC | 99 CVS 4777 |
| Mar-02 | William Creech v Textron & Foxfire Country Club | Moore County, NC | 00 CVS 1190 |
| Sep-02 | Dylan White v Cosco and Dorel Industries | Burke County, NC | |
| Sep-02 | Edgar Ray Parris v Elton Howard Mitchell and Mike's Paint & Body | Wilson County, NC | 01 CVS 1377 |
| Oct-02 | Estate of Veronica Stephenson v Beck and Thomas Simpson Construction Company | Carteret Co, NC | 02 CVS 212 |
| Oct-02 | Thomas and Lou Ann Payne v Bluegrass Raceway Park and National Hot Rod Association | Bath County, KY | 01 CI 90108 |
| Nov-02 | Aurelia Mondragon v Willie Williams, Penske Truck Leasing and Ancieto De La Sancha | Davidson Co, NC | 01 CVS 3666 |
| Dec-02 | Mayflower Seafood Restaurant v Whaley Food Service Repair, Inc | Rockingham Co, NC | 01 CVS 1952 |
| Jan-03 | Gregory Purdy v Acuity Lighting Group | United States District Court, EDNC | 4:02-CV-103-H4 |
| Jan-03 | Frank Kirschbaum v Cynthia Brown | Wake County, NC | 01 CVS 012537 |
| Mar-03 | Kendale Partners v American Power Conversion Corporation | United States District Court, EDNC | 1:01CV863 |
| Mar-03 | Mozingo v Tands, Inc d/b/a Bojangles | Lenoir County, NC | 00 CVS 1719 |
| Jun-03 | Estates of Heather & Brandy Tomlin v BRS Enterprises | Burke County, NC | 02 CVS 1421 |
| Jun-03 | Eddie James v JLG and American Equipment Company | Richland County, SC | 01 CP 40 0519 |
| Jul-03 | Pillowtex Corporation v ACME Electric | Oconee Co, SC | 01 CP 37 141 |

## Deposition List - David C. McCandless, M.S.M.E., P.E.

Page 2

| Date | Case Name | Venue | Caption |
|------|-----------|-------|---------|
| Aug-03 | Kimberly Seeley v Jason Turner and Jennifer Williams | Wayne Co, NC | 02 CVS 1054 |
| Aug-03 | Kevin and Rebecca Reid v Maytag Corporation and Lynch Appliance Center | Greenville Co, SC | 02 CP 23 0007 |
| Nov-03 | Willie Lee McDonald v Grace Dalrymple and Rebecca Page King | Bladen Co, NC | 02 CVS 357 |
| Feb-04 | James and Karen Keithline as Guardians of Heather Keithline v Brent Moore and Cintas Croporation | United States District Court - 14th District Oklahoma | CJ 2002 6832 |
| Mar-04 | Warren Technology v Carrier Corporation | United States District Court - 11th District FL | 01-28156 CA21 |
| Apr-04 | Wayne and Brenda Harrold v Cubic Engineering | Wilkes Co, NC | 03 CVS 877 |
| Aug-04 | CW Brown Logging v Barko Hydraulics | Brunswick Co, VA | CL0079-00 |
| Dec-04 | Linwood Edmondson v Macclesfield LP Gas; Empire Comfort and Tharrington Industries | Edgecombe Co, NC | 04 CVS 269 |
| Jan-05 | Donald and Dinah Nelson v Sharpe Home Concepts, Waters Plumbing and ARS | Durham Co, NC | 02 CVS 4663 |
| Jan-05 | Brad and Avery Kauffman v James and Ann Kauffman | Aiken Co, SC | 03 CP 02 1020 |
| Feb-05 | William and Patty Declue v Maytag | USDC - Eastern Missouri | 4:03CV0137 HEA |
| Mar-05 | Penn National v Maytag | | |
| Jun-05 | Estate of Kevin Stowe v Stock Building Supply | Wake Co, NC | 04 CVS 12990 |
| Aug-05 | Joe Tom Ellis v Draper Mitchell and Acree Trucking | Northampton Co, NC | 04 CVS 028 |
| Sep-05 | Salvador Cuin v USA, Walter Clark Janitorial Services | United States District Court, Middle District NC | 1:04CV00627 |
| Sep-05 | Arica Stoddard Nixon v Thomas Brothers Ham Company and Richard McDaniel | Greenville Co, SC | 2004 CP 23 2813 |
| Dec-05 | Simoni v ASI | USDC Eastern PA | 04 CV 923 |
| Jan-06 | Shelton v LS&K and Burger King | | |
| 3/15/2006 | Taylor v Daniels | USDC - Eastern District of NC | 5:04-CV-404-FL(1) |
| Apr-06 | Noyala v Hytrol | Guilford County, NC | 01 CVS 6366 |
| Apr-06 | Page v MCLaurin | Scotland Co NC | 05 CVS 353 |
| May-06 | Stover v Ebtech | Mecklenburg Co NC | 05 CVS 2549 |
| Jul-06 | Ward v Worrell & Allen Canning | Cumberland Co, NC | 05 CVS 8305 |
| 8/24/2006 | Tony King v SKR Enterprises | Guilford County, NC | 03 CVS 1174 |
| 10/4/2006 | Evans v Southern Wake Electric | Wake County, NC | 05 CVS 8292 |
| 10/4/2006 | Charles Smith v Textron | Scotland Co, NC | 05 CVS 304 |
| 10/12/2006 | Tessler v NCDOT | NC Industrial Commission | AG - 04-0417B |
| 11/21/2006 | Padden v Home Depot | Wake County, NC | 04-CVS-015292 |

Deposition List - David C. McCandless, M.S.M.E., P.E.

Page 3

| Date | Case Name | Venue | Caption |
|------|-----------|-------|---------|
| 11/29/2006 | Harrell v Sagebrush of NC | Duplin County, NC | 03 CVS 311 |
| 12/1/2006 | Sheperd v Assured Flow | | |
| 2/9/2007 | Dunnagan v HDR Engineering/Mulkey, Inc | Mecklenburg Co NC | 04 CVS 22564 |
| 2/20/2007 | Tinnin v Maytag | City of St Louis | #052-01036 |
| 3/27/2007 | McLeod v E&H Mowing | USDC - SC - Columbia Division | 3:06-CV-00973-JFA |
| 3/2/2007 | Watson v Darnell Trucking | USDC - SC - Florence Division | 4:06-CV-001147-TLW |
| 4/18/2007 | Swift v Guthrie | Buncombe County, NC | 05 CVS 3952 |
| 4/25/2007 | Tew v Country Club Lanes | Alamance County, NC | 06 CVS 1177 |
| Jun-07 | Wilson v DATA, Morgan & MV Transportation | Durham Co, NC | 06 CVS 5132 |
| 10/30/2007 | Pipkin v Beamon | Wilson County, NC | 06 CVS 2131 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Trial List - David C. McCandless, M.S.M.E., P.E.*

Page 1



| Date | Case Name | Venue | Caption |
|---|---|---|---|
| May-00 | Zarek v Stine & Cars & Parts | Cumberland Co, NC | 99 CVS 4878 |
| Mar-02 | Kelly David Brooks vs. Robert Jugger | New Hanover County, NC | 99 CVS 5099 |
| Jan-03 | State of North Carolina vs. Thomas Richard Jones | Forsyth County, NC | 97 CRS 7301 |
| May-03 | Foster Henry, Executor of the Estate of George Henry vs Linda and Harry Woods | New Hanover County, NC | 01 CVS 3698 |
| Aug-03 | Gregory Purdy v Acuity Lighting Group | United States District Court, Eastern District of North Carolina | 4:02 CV 103 H4 |
| Oct-03 | Kevin and Rebecca Reid vs Maytag Corporation and Lynch Appliance Center | Greenville Co, SC | 02 CP 23 0007 |
| Sep-04 | C.W. Brown Logging, Inc. vs Barko Hydraulics | Brunswick County, VA | CL03 - 50 |
| Nov-04 | Willie Lee McDonald vs Grace Tina Dalrymple and Rebecca Page King | Bladen County, NC | 02 CVS 357 |
| Nov-04 | State of North Carolina vs. Kevin McGirt | Onslow County, NC | 04 CR 051306 |
| Jan-05 | Jerry Tucker and Shirley Tucker vs. Blossman Gas of NC and Rheem Manufacturing Company | United States District Court - Greenville County, SC | 2003 CP 23 6745 |
| Apr-05 | American Standard, Inc. vs. Goodman Company | Arbitration - State of Texas | |
| Jun-05 | Alice Faye Gaylor v Mark Anthony Mann, d/b/a Mark Mann Trucking | Onslow County, NC | 04 CVS 527 |
| Feb-06 | Tammy White v Lizzie Mae Rollins | Pickens Co, SC | 02-CP-39-1737 |
| Apr-06 | Hoyola v Hytrol | Guilford Co NC | 01 CVS 6336 |
| Sep-06 | Tony King v SKR Enterprises | Guilford County, NC | 03 CVS 1174 |
| Oct-06 | Charles Smith v Textron | Scotland Co, NC | 05 CVS 304 |
| Dec-06 | Harrell v Sagebrush of NC | Duplin County, NC | 03 CVS 311 |
| Jul-07 | Edmondson v Macclesfield LP | Edgecombe Co, NC | 04 CVS 269 |
| Oct-07 | Pipkin v Beamon | Wilson County, NC | 06 CVS 2131 |

*Trial List - David C. McCandless, M.S.M.E., P.E.*

| Date | Case Name | Venue | Caption |
|------|-----------|-------|---------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |