David McCandless

```
 1           MR. CAPUTO:  Objection.
 2           THE WITNESS:  Without knowing whether they've
 3      been changed or not, yes.
 4   Q.  (Mr. Horton)  Okay.  If you see a replacement part
 5      in an engine, do you for any reason assume that
 6      the mechanic has put the wrong component or
 7      replacement part in there?
 8   A.  I would not assume that the wrong part had been
 9      put in there.
10   Q.  Would it be fair to say that in a fleet situation
11      it would be reasonable to assume that the correct
12      replacement part has been installed?
13           MR. CAPUTO:  Objection.
14           THE WITNESS:  You would think that if it was
15      properly maintained that the correct part would be
16      put in there.
17   Q.  (Mr. Horton)  Okay.  And at the time of your
18      initial inspection, were you aware that the head
19      mechanic for Limehouse & Sons Cranes had installed
20      the incorrect starter into the engine of this
21      crane?
22           MR. CAPUTO:  Objection.
23           THE WITNESS:  We were not made aware that the
24      starter had been replaced at all.
```

Court Reporting Services
919-832-4114

EXHIBIT A