David McCandless

1         if we have to put percentages on it --

2    Q.   (Mr. Caputo)  Well, we don't have to.

3    A.   I don't know that I can put percentages on it.  I

4         know that given the information that we have now,

5         the starter is a -- to me, a significant

6         possibility that I cannot exclude.

7    Q.   Right, but I'm not asking you to exclude it.  I'm

8         asking you based on the evidence you have now, is

9         the failed hose a more likely cause of the fire

10        than anything associated with the starter?

11            MR. HORTON:  Object to the form again.

12            THE WITNESS:  If a failed hose, yes.

13   Q.   (Mr. Caputo)  What about this failed hose that you

14        saw?

15   A.   Well, we also know that we have preexisting leaks,

16        and I don't think you can categorically exclude

17        that the hydraulic fluid out of this hose is the

18        first thing to ignite more so than the potential

19        leak of another hose.

20   Q.   Well, let's -- That's fine and we can talk about

21        other alleged leaks, but the failed hose that you

22        saw, based on the evidence today, is that hose a

23        more likely cause of the fire than anything

24        associated with the starter?

EXHIBIT

C