Page 71

David McCandless

```
 1         that that's what contributed to the bulk of the
 2         fire, was that hydraulic fluid release.
 3    Q.   So the difference is you just don't know that
 4         there was a preexisting fire; is that --
 5    A.   Essentially, yes.  I mean the largest fuel load
 6         occurred when that hose separated.
 7    Q.   Okay.  "This fluid subsequently ignited on an
 8         elevated temperature surface within the engine
 9         compartment."
10              Do you still believe that today?
11    A.   Yes, I mean although, again, there is a
12         possibility that if you have a preexisting fire
13         that that can also provide your ignition source of
14         the released fluid.
15    Q.   So are you suggesting that there are other
16         possibilities that are not included in here, but
17         you still believe what you have included in here
18         as the cause and origin of the fire?
19    A.   Well, the primary information, I think, that's
20         relevant specifically to cause and origin issues
21         is the information on the starter that I did not
22         have and was not aware of, I guess, at the time
23         that I wrote the report.
24    Q.   Okay.  So you believe the starter could have
```

Court Reporting Services
919-832-4114

EXHIBIT D

David McCandless

| | | |
|---|---|---|
| 1 | | caused a smaller fire that predated the fire that |
| 2 | | you discuss in your report, correct? |
| 3 | A. | Correct. |
| 4 | Q. | And is there anything else that -- where the |
| 5 | | starter plays a part in the fire that you discuss |
| 6 | | in your report? Again, I understand we're talking |
| 7 | | about possibilities. |
| 8 | A. | Well, I don't know that I follow the question. |
| 9 | Q. | All right. Well, let me ask it, then -- |
| 10 | A. | Okay. |
| 11 | Q. | -- in a marginally better way, at least. Other |
| 12 | | than the starter having caused a preexisting fire |
| 13 | | that preexisted the fire that you discuss here in |
| 14 | | your report, is there any other way the starter |
| 15 | | issues that you've subsequently learned about |
| 16 | | change or affect your conclusions that I've just |
| 17 | | read to you? |
| 18 | A. | I don't believe so. |
| 19 | Q. | So unless there was a starter fire or a fire |
| 20 | | caused by the starter that was already going on, |
| 21 | | your report would be exactly the same today as it |
| 22 | | was back in 2007? |
| 23 | A. | I believe that's accurate, yes. |
| 24 | Q. | Okay. Is there any reason why you haven't amended |