David McCandless

```
 1              if we have to put percentages on it --
 2     Q.   (Mr. Caputo)  Well, we don't have to.
 3     A.   I don't know that I can put percentages on it.  I
 4          know that given the information that we have now,
 5          the starter is a -- to me, a significant
 6          possibility that I cannot exclude.
 7     Q.   Right, but I'm not asking you to exclude it.  I'm
 8          asking you based on the evidence you have now, is
 9          the failed hose a more likely cause of the fire
10          than anything associated with the starter?
11              MR. HORTON:  Object to the form again.
12              THE WITNESS:  If a failed hose, yes.
13     Q.   (Mr. Caputo)  What about this failed hose that you
14          saw?
15     A.   Well, we also know that we have preexisting leaks,
16          and I don't think you can categorically exclude
17          that the hydraulic fluid out of this hose is the
18          first thing to ignite more so than the potential
19          leak of another hose.
20     Q.   Well, let's -- That's fine and we can talk about
21          other alleged leaks, but the failed hose that you
22          saw, based on the evidence today, is that hose a
23          more likely cause of the fire than anything
24          associated with the starter?
```

Court Reporting Services
919-832-4114

EXHIBIT
E