Page 48

David McCandless

```
 1   A.   I don't know if I can put absolute numbers on it.
 2   Q.   I'm not asking you to put numbers on it.
 3   A.   Well, to say that it's more or less, though, in my
 4        mind, I have to put a number on it.
 5   Q.   Okay.
 6   A.   How can I say more or less without assigning a
 7        percentage?
 8   Q.   Well, I'm not asking you how much more or how much
 9        less.
10   A.   They're both plausible scenarios.
11   Q.   Okay. And you can't tell me as you sit here now
12        which scenario is more plausible than the other?
13   A.   Given the information I have, I don't know that I
14        can.
15   Q.   Okay. Well, in 2007 in your report you state --
16        and I'll just direct you to page 6, conclusion 2.
17        And if you could read that to me.
18   A.   Number two?
19   Q.   Yes.
20   A.   "The 8Y1 hydraulic manifold was located at the
21        rear of the cab near the hydraulic reservoir. The
22        hose connection that supplied the cooling fan
23        separated at the manifold allowing a release of
24        pressurized hydraulic fluid into the engine
```

Court Reporting Services
919-832-4114

