UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION

CASE NUMBER 2:06-CV-1754

FIREMAN'S FUND INSRUANCE COMPANY, as
SUBROGEE for LIMEHOUSE & SONS, INC.,

    Plaintiffs,

v.

AMERICAN EQUIPMENT CORPORATION, INC., ET AL.,

    Defendants.

DEPOSITION OF

DAVID McCANDLESS

At Raleigh, North Carolina

Tuesday, April 14, 2009       **EXHIBIT A**

10:02 a.m.

Reported by: Lindsey D. Cline, CVR

David McCandless

| | | |
|---|---|---|
| 1 | | have you consulted with anybody concerning this |
| 2 | | case? |
| 3 | A. | Well, I mean, at the initial inspection, Bill |
| 4 | | Johnson was there and some gentlemen from |
| 5 | | Limehouse were there. Ray Pope was there. I |
| 6 | | certainly talked to Ray at that point because we |
| 7 | | were both essentially working on behalf of the |
| 8 | | same -- same party. Now, I don't -- I mean, that |
| 9 | | was five years ago, so I don't recall the specific |
| 10 | | conversations, but I'm sure we had conversations |
| 11 | | at that time. |
| 12 | Q. | Do you remember, generally, the conversations that |
| 13 | | you had? |
| 14 | A. | No, sir, not at all. |
| 15 | Q. | Do you remember what they had to do with? |
| 16 | A. | Well, I would -- It would probably be he had |
| 17 | | intimate knowledge of that machine and all the |
| 18 | | functions and components on that machine, and so |
| 19 | | I'm sure I would have asked him questions |
| 20 | | regarding those -- those things, but like I said, |
| 21 | | I don't remember the specific conversation with |
| 22 | | him. |
| 23 | Q. | Do you remember any of the questions that you |
| 24 | | might have asked him? |

David McCandless

| | | |
|---|---|---|
| 1 | A. | No, sir. |
| 2 | Q. | And do you remember any of the answers that he |
| 3 | | would have given you? |
| 4 | A. | No. |
| 5 | Q. | And in forming your opinions in this case, did you |
| 6 | | rely at all on the conversation that you had with |
| 7 | | Mr. Pope? |
| 8 | A. | To the extent that when we were there, if I asked |
| 9 | | him the function of a particular component in the |
| 10 | | machine, if I used that information in formulating |
| 11 | | my opinion, I mean, I have notes that have my |
| 12 | | observations I made at the time. |
| 13 | | Now, if I learned something and put it |
| 14 | | in the notes that I learned from him, then sure, |
| 15 | | that could be part of the basis of my opinions |
| 16 | | going forward. I don't recall what specific |
| 17 | | information he told me at the time, no. |
| 18 | Q. | And I don't want to belabor the point, but do you |
| 19 | | remember whether you asked him about the function |
| 20 | | of any specific components of the crane? I only |
| 21 | | ask because you mentioned -- |
| 22 | A. | No, I mean, I'm sure I did. If I have a person |
| 23 | | that's there that is more familiar with the |
| 24 | | machine than I am, then certainly I'll ask them a |

David McCandless

```
1       the cables going to the starter and those would be
2       the areas where it ignited. So you wouldn't
3       necessarily have flames shooting out of the
4       starter if a malfunction in the starter caused the
5       fire. So just because you don't see, you know, a
6       burned hole in the side of the starter, that
7       doesn't mean you can categorically exclude it.
8  Q.   Well, was there any evidence to you that the
9       starter caused the fire?
10 A.   Again, at the time when we looked at it, not
11      having the information that we do now, I didn't
12      look at it and go -- and think that we needed to
13      absolutely take the starter off.
14 Q.   So there was nothing, when you looked at this
15      engine, that indicated to you that the starter was
16      involved in the fire?
17 A.   Well, the starter was definitely in an area that
18      was burned, so, I mean, involved in it, yes, it's,
19      again, within several inches of what would be the
20      origin of the fire under a hose failure scenario.
21      So sure it's involved, it's burned.
22 Q.   Was there any evidence to you when you looked at
23      the engine that the starter caused the fire?
24 A.   I certainly didn't leave the examination with the
```

David McCandless

```
 1         conclusion that the starter had caused the fire.
 2    Q.   But was there any evidence to you when you had the
 3         engine in front of you to look at that the starter
 4         caused the fire?
 5    A.   Again, the starter was damaged and, no, I didn't
 6         propose that we disassemble the starter or take
 7         the starter off.
 8    Q.   Well, sir, there's a lot of things that were
 9         damaged, right?
10    A.   Sure.
11    Q.   Okay. Was there -- I'm going to ask you the same
12         question because I don't think you've given me an
13         answer, yes or no, and I believe it's a yes or no
14         question.
15              When you looked at the engine was there
16         any evidence to you that the starter caused the
17         fire?
18    A.   There's -- when you say any evidence, there's some
19         evidence that it could have, just in the sense of
20         we have the insulation burned off of the leads
21         directly adjacent to the starter. So to the
22         extent that we have that type damage, yes. I
23         didn't -- it would have been more helpful,
24         certainly, to have the information and history
```

David McCandless

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | regarding the starter at the time.                              |
| 2  | Q. | Well, was the starter available to you for your                 |
| 3  |    | review?                                                         |
| 4  | A. | Yes, it was.                                                    |
| 5  | Q. | Did anybody tell you not to look at the starter?                |
| 6  | A. | No.                                                             |
| 7  | Q. | Did anybody tell you not to inquire as to                       |
| 8  |    | maintenance information about the starter?                      |
| 9  | A. | Well, no. We asked Earl about any maintenance                   |
| 10 |    | history, any recent work on the crane, and he told              |
| 11 |    | us about some other things that had been changed,               |
| 12 |    | an alternator a few months before the fire, but                 |
| 13 |    | you know, did not mention to me or Bill anything                |
| 14 |    | about the starter having been changed.                          |
| 15 | Q. | Did you make a conclusion as to the most likely                 |
| 16 |    | cause and origin of this fire at some point?                    |
| 17 | A. | At some point, sure.                                            |
| 18 | Q. | Okay. And was that conclusion set forth in your                 |
| 19 |    | report?                                                         |
| 20 | A. | Yes.                                                            |
| 21 | Q. | Okay. Does it remain your opinion -- strike that.               |
| 22 |    | Was it your opinion at the time that you issued                 |
| 23 |    | the report that the most likely cause and origin                |
| 24 |    | of the fire was the failed hydraulic hose that you              |

David McCandless

Page 45

1      saw?
2  A.  Yes.
3  Q.  Okay. Does it remain your conclusion that the
4      most likely cause and origin of the fire was the
5      failed hydraulic hose that you saw?
6  A.  Most likely, probably so, yes.
7  Q.  Okay. Did you see any evidence of a starter
8      failure?
9  A.  There is -- there's certainly evidence of heat on
10     the external case of the starter. I mean, we
11     certainly have the leads going to the starter that
12     the insulation is consumed on.
13 Q.  So you saw fire damage?
14 A.  Well, yes, there's heat damage there.
15 Q.  Okay. And -- I'm sorry, I was cutting you off.
16 A.  Well, what I'm saying is is that -- that damage is
17     -- the damage we see there is not -- does not
18     uniquely exclude the starter --
19 Q.  Okay.
20 A.  -- based on the investigation that was done.
21 Q.  Because there's -- And I'm just trying to do this
22     so I can understand it. Is it your testimony that
23     because there is heat damage around the starter
24     that you couldn't exclude the starter as the

David McCandless

|    |    |    |
|---:|----|----|
| 1  |    | leak on the upper that could get fluid down into |
| 2  |    | the area on the right side of the engine, then |
| 3  |    | certainly you would have to consider that a |
| 4  |    | possibility. Without knowing where the observed |
| 5  |    | leaks were, it's hard for me to say. When we're |
| 6  |    | looking at the unit and it's not pressurized and |
| 7  |    | it's already been through a fire, it's going to be |
| 8  |    | hard for me to say exactly where a leak may or may |
| 9  |    | not have been on the upper. |
| 10 | Q. | Uh-huh. Do you have any reason to disbelieve that |
| 11 |    | the cause and origin of the fire was fuel |
| 12 |    | emanating from the lower portion of the crane, |
| 13 |    | based on everything -- |
| 14 | A. | Based on what we've seen, I think more likely -- |
| 15 |    | if we're looking at a hydraulic leak scenario, I |
| 16 |    | think it's more likely that it would be the lower |
| 17 |    | unit. |
| 18 | Q. | Okay. |
| 19 | A. | Because, again, with the information I had, I |
| 20 |    | couldn't observe one on the upper unit because I |
| 21 |    | never saw it pressurized. |
| 22 | Q. | Uh-huh. |
| 23 | A. | The people that did said there were leaks up |
| 24 |    | there. If those leaks could get to the exhaust |

David McCandless

1    identified the manufacturer of the hose to
2    anybody?
3  A. I do not.
4  Q. Shouldn't Grove know?
5        MR. HORTON: Objection.
6        THE WITNESS: I don't have that information.
7  Q. (Mr. Caputo) Would you expect Grove to know the
8    manufacturer of its component parts?
9        MR. HORTON: Objection.
10       THE WITNESS: I don't know that they can
11   identify the exact component part on an exact
12   machine. I don't know whether they can or cannot.
13   I just don't know.
14 Q. (Mr. Caputo) Would you expect them to be able to?
15       MR. HORTON: Objection.
16       THE WITNESS: I don't know.
17 Q. (Mr. Caputo) Okay. Is it your intent to
18   supplement your written report?
19 A. At this point in time, not that I know of.
20 Q. Okay. All right. I don't have anything else.
21       MR. HORTON: Nothing here. Patrick?
22       MR. SMITH: Nothing.
23   (THEREUPON, THE WITNESS WAS DISMISSED AT 1:00 P.M.)
24

Page 135

STATE OF NORTH CAROLINA

COUNTY OF WAKE

C E R T I F I C A T E

I, Lindsey D'Anne Cline, Court Reporter and Notary Public, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness(es) whose testimony appears in the foregoing proceeding were duly sworn by me; that the testimony of said witness(es) were taken by me to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness(s).

I do further certify that I am neither counsel for, related to, nor employed by any of the parties to this action in which this proceeding was conducted, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of the action.

This the 16th day of April, 2009.

_Lindsey D'Anne Cline_
Lindsey D'Anne Cline
Notary Public No. 20002130221

1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF SOUTH CAROLINA
           CHARLESTON DIVISION


**FIREMAN'S FUND INSURANCE**
**COMPANY, as subrogee for**
**LIMEHOUSE & SONS INC.;**          CIVIL
        **Plaintiffs,**             ACTION NO:
**VS.**
**AMERICAN EQUIPMENT**              2:06-1754
**COMPANY, INC.; THE**                 PMD
**MANITOWOC INTERNATIONAL**
**CORP.; et al.,**
        **Defendants.**
```

**DEPOSITION OF RAY C. POPE**

The deposition of RAY C. POPE was taken by the Plaintiffs before Darlene Scott-Moore, CSR, as Commissioner, pursuant to the stipulations set forth herein.

February 18, 2009
Regional Reporting Service
755 Walnut Street
Gadsden, Alabama  35901

100

```
 1  Q.  And was it maintained as a wet bell
 2      housing?
 3  A.  No.
 4  Q.  How do you know it wasn't
 5      maintained as a wet bell housing?
 6  A.  Because Mr. Limehouse said they had
 7      changed the starter a couple weeks
 8      before.  And I know them, I know
 9      their maintenance, I know how they
10      think.  They bought the cheapest
11      thing available.
12  Q.  So if Limehouse, for purposes of
13      this question, used a dry bell
14      housing, why would that lead to a
15      fire?  Why does a dry not work with
16      a wet?
17  A.  Because oil will seep into a dry
18      starter and catch on fire.  It
19      can't -- versus a wet starter has
20      seals to prevent that from
21      happening, from the oil from the
22      gear box.  Because the transmission
23      cover is a gear box that drives a
```

| | | |
|---|---|---|
| 1 | A. | You are quite welcome. |
| 2 | Q. | I have a couple questions for you. And they relate, as you might be able to anticipate, to this starter that you discussed with Mr. Giles in your deposition. |
| 7 | | Now, if I'm correct in looking at your report that you and Mr. Giles discussed earlier, you stated that you saw some -- it looked like the starter was burned up and the solenoid was burned; is that right? |
| 13 | A. | Yes. |
| 14 | Q. | Now, the starter solenoid, is that just part of the starter? |
| 16 | A. | Yes, it's mounted on top of the starter. |
| 18 | Q. | The only experience I have with solenoids is when they break in my car, it's very expensive. All right. |
| 22 | | And you noticed this while you were looking at this crane? |

133

```
1   A.   Yes.
2   Q.   I noted in here that you stated
3        that engine starter -- and the
4        starting motor and an engine
5        starter, is that the same thing?
6   A.   Yes.
7   Q.   It's just different ways of saying
8        it?
9   A.   Yes.  Nomenclature.
10  Q.   You noted in your report that this
11       had been changed within the last
12       two weeks.  Can you tell me how you
13       knew that?
14  A.   Mr. Limehouse told me that it had.
15  Q.   Now, if you are familiar with the
16       Limehouses like you said that you
17       are, you know that my next question
18       is going to be, which one?  Do you
19       recall which Limehouse?
20  A.   Jimmy Limehouse.
21  Q.   Okay.  Jimmy Limehouse?
22  A.   Jimmy Limehouse.
23  Q.   He told you that that starter had
```