# EXHIBIT F

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION

CASE NUMBER 2:06-CV-1754

FIREMAN'S FUND INSRUANCE COMPANY, as
SUBROGEE for LIMEHOUSE & SONS, INC.,
    Plaintiffs,
  V.
AMERICAN EQUIPMENT CORPORATION, INC., ET AL.,
    Defendants.

DEPOSITION OF

DAVID McCANDLESS

COPY

At Raleigh, North Carolina

Tuesday, April 14, 2009

10:02 a.m.

Reported by: Lindsey D. Cline, CVR



David McCandless

1   A.   I looked at it and you can see it in some of my
2        photographs. We did not remove it during the
3        examination.
4   Q.   Okay. Was there any physical evidence that you
5        saw indicating that the starter was either the
6        cause or the origin of the fire?
7   A.   It's definitely within the area that's damaged.
8        It's only within -- It's less than a foot from the
9        turbocharger, which if we're looking at a scenario
10       of hydraulic hose failure, that's going to be your
11       point of ignition. So it's certainly within the
12       area where the fire started under any of the
13       proposed scenarios that are present here.
14            We had electrical activity immediately
15       adjacent to the starter on the cables. I don't
16       think those were the starting point of the fire.
17       I don't think that that arcing cable was the cause
18       of the fire given the information that we have.
19            Given the information that's been
20       developed regarding the starter and the fact that
21       an improper starter was put on there, that's
22       something I certainly wasn't aware at the time we
23       did the on-scene investigation. And so I can
24       eliminate the arcing, I believe.

David McCandless

```
 1              I don't know categorically that I can
 2        eliminate internal failure to the starter and the
 3        heat generation associated with that given what we
 4        know now.
 5   Q.   Well, was there anything that you saw that
 6        indicated that the starter was the cause --
 7        whether it's the right starter or the wrong
 8        starter, that the starter was involved in the
 9        cause and origin of the fire?
10   A.   Well, I mean, we certainly had heat patterns down
11        there.  There wasn't something that I observed
12        intrinsically that made me go, "Oh, it's
13        absolutely the starter that caused it."  But
14        again, that's -- it's information that I didn't
15        know.  I didn't have the background and
16        maintenance information that the starter had even
17        been changed at any time in the recent history
18        prior to the fire.
19   Q.   Well, if the starter physically caused the fire,
20        would you expect to see some physical evidence of
21        that that would at least lead you not to conclude
22        that the cause and origin was something else?
23   A.   Well, what you can have is you can have the
24        starter -- a failure in the starter that overheats
```

David McCandless

| | | |
|---|---|---|
| 1 | | conclusion that the starter had caused the fire. |
| 2 | Q. | But was there any evidence to you when you had the |
| 3 | | engine in front of you to look at that the starter |
| 4 | | caused the fire? |
| 5 | A. | Again, the starter was damaged and, no, I didn't |
| 6 | | propose that we disassemble the starter or take |
| 7 | | the starter off. |
| 8 | Q. | Well, sir, there's a lot of things that were |
| 9 | | damaged, right? |
| 10 | A. | Sure. |
| 11 | Q. | Okay. Was there -- I'm going to ask you the same |
| 12 | | question because I don't think you've given me an |
| 13 | | answer, yes or no, and I believe it's a yes or no |
| 14 | | question. |
| 15 | | When you looked at the engine was there |
| 16 | | any evidence to you that the starter caused the |
| 17 | | fire? |
| 18 | A. | There's -- When you say any evidence, there's some |
| 19 | | evidence that it could have, just in the sense of |
| 20 | | we have the insulation burned off of the leads |
| 21 | | directly adjacent to the starter. So to the |
| 22 | | extent that we have that type damage, yes. I |
| 23 | | didn't -- it would have been more helpful, |
| 24 | | certainly, to have the information and history |

David McCandless

| | | |
|---|---|---|
| 1 | | regarding the starter at the time. |
| 2 | Q. | Well, was the starter available to you for your |
| 3 | | review? |
| 4 | A. | Yes, it was. |
| 5 | Q. | Did anybody tell you not to look at the starter? |
| 6 | A. | No. |
| 7 | Q. | Did anybody tell you not to inquire as to |
| 8 | | maintenance information about the starter? |
| 9 | A. | Well, no. We asked Earl about any maintenance |
| 10 | | history, any recent work on the crane, and he told |
| 11 | | us about some other things that had been changed, |
| 12 | | an alternator a few months before the fire, but |
| 13 | | you know, did not mention to me or Bill anything |
| 14 | | about the starter having been changed. |
| 15 | Q. | Did you make a conclusion as to the most likely |
| 16 | | cause and origin of this fire at some point? |
| 17 | A. | At some point, sure. |
| 18 | Q. | Okay. And was that conclusion set forth in your |
| 19 | | report? |
| 20 | A. | Yes. |
| 21 | Q. | Okay. Does it remain your opinion -- strike that. |
| 22 | | Was it your opinion at the time that you issued |
| 23 | | the report that the most likely cause and origin |
| 24 | | of the fire was the failed hydraulic hose that you |

2:06-cv-01754-PMD     Date Filed 08/04/09     Entry Number 146-6     Page 7 of 13

Page 45

David McCandless

```
 1            saw?
 2    A.      Yes.
 3    Q.      Okay. Does it remain your conclusion that the
 4            most likely cause and origin of the fire was the
 5            failed hydraulic hose that you saw?
 6    A.      Most likely, probably so, yes.
 7    Q.      Okay. Did you see any evidence of a starter
 8            failure?
 9    A.      There is -- there's certainly evidence of heat on
10            the external case of the starter. I mean, we
11            certainly have the leads going to the starter that
12            the insulation is consumed on.
13    Q.      So you saw fire damage?
14    A.      Well, yes, there's heat damage there.
15    Q.      Okay. And -- I'm sorry, I was cutting you off.
16    A.      Well, what I'm saying is is that -- that damage is
17            -- the damage we see there is not -- does not
18            uniquely exclude the starter --
19    Q.      Okay.
20    A.      -- based on the investigation that was done.
21    Q.      Because there's -- And I'm just trying to do this
22            so I can understand it. Is it your testimony that
23            because there is heat damage around the starter
24            that you couldn't exclude the starter as the
```

Court Reporting Services
919-832-4114

David McCandless

| | | |
|---|---|---|
| 1 | | cause?  Am I accurately -- |
| 2 | A. | Based on the information we have now, yes. |
| 3 | Q. | Okay.  But based on the information that you had |
| 4 | | then, this heat damage wouldn't lead you to |
| 5 | | believe that the starter caused the fire; is that |
| 6 | | correct? |
| 7 | A. | On the information we had then, if I'm assuming |
| 8 | | that this is the correct starter, it's going to |
| 9 | | have over-crank protection, so there's certain |
| 10 | | failure modes that are eliminated.  When we have |
| 11 | | the wrong starter on there, you can't necessarily |
| 12 | | eliminate those failure modes. |
| 13 | Q. | Okay.  But you can determine whether one failure |
| 14 | | mode is more or less likely than the other, |
| 15 | | correct? |
| 16 | A. | Sure, if you're evaluating the evidence, yes. |
| 17 | Q. | Right.  And in this case, you evaluated evidence, |
| 18 | | correct? |
| 19 | A. | Yes. |
| 20 | Q. | And to this day, in your evaluation, the failed |
| 21 | | hose is the more likely cause of the fire than |
| 22 | | anything associated with the starter? |
| 23 | | MR. HORTON:  Object to the form. |
| 24 | | THE WITNESS:  More like -- if we're having -- |

David McCandless

| | | |
|---|---|---|
| 1 | | if we have to put percentages on it -- |
| 2 | Q. | (Mr. Caputo) Well, we don't have to. |
| 3 | A. | I don't know that I can put percentages on it. I |
| 4 | | know that given the information that we have now, |
| 5 | | the starter is a -- to me, a significant |
| 6 | | possibility that I cannot exclude. |
| 7 | Q. | Right, but I'm not asking you to exclude it. I'm |
| 8 | | asking you based on the evidence you have now, is |
| 9 | | the failed hose a more likely cause of the fire |
| 10 | | than anything associated with the starter? |
| 11 | | MR. HORTON: Object to the form again. |
| 12 | | THE WITNESS: If a failed hose, yes. |
| 13 | Q. | (Mr. Caputo) What about this failed hose that you |
| 14 | | saw? |
| 15 | A. | Well, we also know that we have preexisting leaks, |
| 16 | | and I don't think you can categorically exclude |
| 17 | | that the hydraulic fluid out of this hose is the |
| 18 | | first thing to ignite more so than the potential |
| 19 | | leak of another hose. |
| 20 | Q. | Well, let's -- That's fine and we can talk about |
| 21 | | other alleged leaks, but the failed hose that you |
| 22 | | saw, based on the evidence today, is that hose a |
| 23 | | more likely cause of the fire than anything |
| 24 | | associated with the starter? |

David McCandless

1       under the cab.
2    Q. Okay.
3       MR. SMITH: Can we go off for two minutes?
4       MR. CAPUTO: Sure.
5       (THEREUPON, A BRIEF RECESS WAS TAKEN --
6       11:21 A.M. to 11:27 A.M.)
7    Q. (Mr. Caputo) At the bottom of page 4 you say
8       that, "Based upon examination and documentation of
9       the vehicle and the review of information and
10      documents regarding the subject loss, the origin
11      area of the fire included the engine compartment
12      of the vehicle chassis as well as the area to the
13      rear of the engine behind the operator's cab."
14      Do you still believe that today?
15   A. Yes.
16   Q. Okay. "The fire occurred due to the separation of
17      the hydraulic hose assembly used to power the
18      cooling fans at the rear of the cab which released
19      pressurized hydraulic fluid into the engine
20      compartment."
21      Do you still believe that today?
22   A. Yes, I mean to the extent we've discussed the
23      other possibilities of ensuing and growing the
24      fire, but, yes, I mean that -- there's no doubt

David McCandless

1        that that's what contributed to the bulk of the
2        fire, was that hydraulic fluid release.
3   Q.   So the difference is you just don't know that
4        there was a preexisting fire; is that --
5   A.   Essentially, yes. I mean the largest fuel load
6        occurred when that hose separated.
7   Q.   Okay. "This fluid subsequently ignited on an
8        elevated temperature surface within the engine
9        compartment."
10            Do you still believe that today?
11  A.   Yes, I mean although, again, there is a
12       possibility that if you have a preexisting fire
13       that that can also provide your ignition source of
14       the released fluid.
15  Q.   So are you suggesting that there are other
16       possibilities that are not included in here, but
17       you still believe what you have included in here
18       as the cause and origin of the fire?
19  A.   Well, the primary information, I think, that's
20       relevant specifically to cause and origin issues
21       is the information on the starter that I did not
22       have and was not aware of, I guess, at the time
23       that I wrote the report.
24  Q.   Okay. So you believe the starter could have

David McCandless

| | | |
|---|---|---|
| 1 | | caused a smaller fire that predated the fire that |
| 2 | | you discuss in your report, correct? |
| 3 | A. | Correct. |
| 4 | Q. | And is there anything else that -- where the |
| 5 | | starter plays a part in the fire that you discuss |
| 6 | | in your report? Again, I understand we're talking |
| 7 | | about possibilities. |
| 8 | A. | Well, I don't know that I follow the question. |
| 9 | Q. | All right. Well, let me ask it, then -- |
| 10 | A. | Okay. |
| 11 | Q. | -- in a marginally better way, at least. Other |
| 12 | | than the starter having caused a preexisting fire |
| 13 | | that preexisted the fire that you discuss here in |
| 14 | | your report, is there any other way the starter |
| 15 | | issues that you've subsequently learned about |
| 16 | | change or affect your conclusions that I've just |
| 17 | | read to you? |
| 18 | A. | I don't believe so. |
| 19 | Q. | So unless there was a starter fire or a fire |
| 20 | | caused by the starter that was already going on, |
| 21 | | your report would be exactly the same today as it |
| 22 | | was back in 2007? |
| 23 | A. | I believe that's accurate, yes. |
| 24 | Q. | Okay. Is there any reason why you haven't amended |

STATE OF NORTH CAROLINA

COUNTY OF WAKE

CERTIFICATE

I, Lindsey D'Anne Cline, Court Reporter and Notary Public, the officer before whom the foregoing proceeding was conducted, do hereby certify that the witness(es) whose testimony appears in the foregoing proceeding were duly sworn by me; that the testimony of said witness(es) were taken by me to the best of my ability and thereafter transcribed under my supervision; and that the foregoing pages, inclusive, constitute a true and accurate transcription of the testimony of the witness(s).

I do further certify that I am neither counsel for, related to, nor employed by any of the parties to this action in which this proceeding was conducted, and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereof, nor financially or otherwise interested in the outcome of the action.

This the 16th day of April, 2009.

*Lindsey D'Anne Cline*
Lindsey D'Anne Cline
Notary Public No. 20002130221