UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION

CASE NUMBER 2:06-CV-1754

FIREMAN'S FUND INSRUANCE COMPANY, as
SUBROGEE for LIMEHOUSE & SONS, INC.,

    Plaintiffs,

  v.

AMERICAN EQUIPMENT CORPORATION, INC., ET AL.,

    Defendants.

DEPOSITION OF

DAVID McCANDLESS

At Raleigh, North Carolina

Tuesday, April 14, 2009

10:02 a.m.

Reported by: Lindsey D. Cline, CVR



DEFENDANT'S EXHIBIT E

David McCandless

|    |    |                                                                       |
|----|----|-----------------------------------------------------------------------|
| 1  |    | conclusion that the starter had caused the fire.                      |
| 2  | Q. | But was there any evidence to you when you had the                    |
| 3  |    | engine in front of you to look at that the starter                    |
| 4  |    | caused the fire?                                                      |
| 5  | A. | Again, the starter was damaged and, no, I didn't                      |
| 6  |    | propose that we disassemble the starter or take                       |
| 7  |    | the starter off.                                                      |
| 8  | Q. | Well, sir, there's a lot of things that were                          |
| 9  |    | damaged, right?                                                       |
| 10 | A. | Sure.                                                                 |
| 11 | Q. | Okay. Was there -- I'm going to ask you the same                      |
| 12 |    | question because I don't think you've given me an                     |
| 13 |    | answer, yes or no, and I believe it's a yes or no                     |
| 14 |    | question.                                                             |
| 15 |    | When you looked at the engine was there                               |
| 16 |    | any evidence to you that the starter caused the                       |
| 17 |    | fire?                                                                 |
| 18 | A. | There's -- When you say any evidence, there's some                    |
| 19 |    | evidence that it could have, just in the sense of                     |
| 20 |    | we have the insulation burned off of the leads                        |
| 21 |    | directly adjacent to the starter. So to the                           |
| 22 |    | extent that we have that type damage, yes. I                          |
| 23 |    | didn't -- it would have been more helpful,                            |
| 24 |    | certainly, to have the information and history                        |